# United States District Court

Southern _____ DISTRICT OF _____ New York

ELENA SKROZNIKOVA,

          Petitioner,

## SUMMONS IN A CIVIL CASE

     V.

CASE NUMBER    08 CV 1461

MICHAEL B. MUKASEY, Attorney General of the
United States; MICHAEL CHERTOFF, Secretary
of U.S. DHS; EMILIO T.GONZALEZ, Director of
U.S. CIS; ANDREA J. QUARANTILLO, New York
District Director of U.S. CIS,     Respondents.

TO: (Name and address of defendant)

    MICHAEL CHERTOFF,
    Secretary of U.S. Department of Homeland Security
    Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    GIL AMRAMI,
    Attorney at Law
    122 East 42nd Street, # 2114
    New York, NY 10168

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

FEB 1 1 2008

CLERK

DATE

(BY) DEPUTY CLERK

COPY RECEIVED
MAR 1 7 2008
U.S. ATTORNEY'S SDNY