AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: 3/17/2008 |
| NAME OF SERVER *(PRINT)*: GIL AMRAMI | TITLE: Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Served personally upon U.S. Attorney for the District where action was brought, and by Certified Mail, #: 7006 2150 0000 8431 6005, upon Respondent, MICHAEL CHERTOFF, pursuant to rule 4(i) of FRCP.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/26/2008      *[signature]*
              Date               Signature of Server

122 E. 42nd Street, # 2114, New York, NY 10168
*Address of Server*

(212) 922-0003

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.