

Re: Elena Sko.

USDHS, Michael Chertoff, Secretary of DHS
Washington, DC
Washington, D.C. 20528