

Re: Elena Skro.

MICHAEL B. MUKASEY, U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, D.C. 20530

7006 2150 0000 8431 5992