AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Southern__ DISTRICT OF __New York__

ELENA SKROZNIKOVA,

        Petitioner,

V.

MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of U.S. DHS; EMILIO T. GONZALEZ, Director of U.S. CIS; ANDREA J. QUARANTILLO, New York District Director of U.S. CIS,    Respondents.

SUMMONS IN A CIVIL CASE

CASE NUMBER   08 CV 1461

TO: (Name and address of defendant)

EMILIO T. GONZALEZ,
Director of U.S. Citizenship and Immigration Services
20 Massachusetts Ave., N.W.
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GIL AMRAMI,
Attorney at Law
122 East 42nd Street, # 2114
New York, NY 10168

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_

(BY) DEPUTY CLERK

DATE   FEB 11 2008

COPY RECEIVED
MAR 17 2008
U.S. ATTORNEY'S SDNY