

Re: Elena Skvo.

EMILIO T. GONZALEZ, Director of USCIS
20 Massachusets Ave., N.W.
Washington, D.C. 20529