UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ELENA SKROZNIKOVA,                                           :
                                                              :
                Plaintiff,                        :     **ECF CASE**
                                                              :
      v.                                              :
                                                              :     08 Civ. 1461 (LBS)
MICHAEL B. MUKASEY, et al.                                   :
                                                              :
                Defendants.                       :     NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

          The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         April 15, 2008

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York

                          By:    /s/_____
                                                NATASHA OELTJEN
                                                Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Telephone: (212) 637-2769
                                                Facsimile: (212) 637-2786
                                                Email: natalia.oeltjen@usdoj.gov

TO:    Gil Amrami, Esq.
          122 East 42nd Street, #2114
          New York, NY 10168