UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

ELENA SKROZNIKOVA (A75-211-214),

Petitioner,

- against -

MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ANDREA J. QUARANTILLO, New York District Director of U.S. Citizenship and Immigration Services,

Respondents.

Dkt. No. 08 Civ. 1461 (LBS)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time period for the Defendants to answer, move, or otherwise respond to the above-captioned complaint be extended for 60 days, until July 15, 2008.

New York, New York
May 15, 2008

GIL AMRAMI
Attorney for Petitioner

_____
Gil Amrami, Esq.
122 East 42nd Street, Suite 2114
New York, New York 10168
Tel.  (212) 922-0003
Fax   (212) 922-0539

New York, New York
May 16, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax   (212) 637-2786

SO ORDERED:

_____
Hon. Leonard B. Sand
United States District Judge
5/19/08