MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:     NATASHA OELTJEN
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone: (212) 637-2769
Facsimile:  (212) 637-2786
Email: Natalia.Oeltjen@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ELENA SKROZNIKOVA,

               Plaintiff,                                  :       ECF Case

               v.                                                      :       No. 08 Civ. 1461 (LBS)

MICHAEL B. MUKASEY, *et al.*,                :       **NOTICE OF MOTION**

               Defendants.
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants' Motion to Dismiss, dated July 15, 2008, the Declaration of Natasha Oeltjen, dated July 15, 2008, and upon all the pleadings and other papers filed in this action, defendants, by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Leonard B. Sand, United States District Judge, for an order dismissing this action as moot pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 15, 2008

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      *Attorney for Defendants*

                     By:    /s/ Natasha Oeltjen
                                      NATASHA OELTJEN
                                      Assistant United States Attorney
                                      Tel.: (212) 637-2769
                                      Fax:  (212) 637-2786

To:    Gil Amrami
        122 East 42nd Street, Suite 2114
        New York, NY 10168
        Tel.: (212) 922-0003
        Fax:  (212) 922-0539
        Email: gilamrami@verizon.net
        *Attorney for Plaintiff*